IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES CARTER, *et al.*,

    Plaintiffs,

vs.

MYELOTEC, INC.,

    Defendant.

Case Number: 3:11-cv-15

Judge Timothy S. Black

\*\*\*\*

JUDAH WOLF, *et al.,*

    Plaintiffs,

vs.

MYELOTEC, INC.,

    Defendant.

Case Number: 3:11-cv-61

Judge Timothy S. Black

_____

### CONDITIONAL ORDER OF DISMISSAL
_____

The cases having settled in the Court's presence on December 17, 2012;

It is **ORDERED** that the actions are hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlements are not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Dated: 12/21/12

        __*s/ Timothy S. Black*_____
        Timothy S. Black
        United States District Judge